**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Leonard Keith Dawson v. The State of Texas

Appellate case number:   01-19-00731-CR

Trial court case number: 1434670

Trial court:             185th District Court of Harris County

     Appellant's second motion for extension of time to file his brief is **granted.** Appellant's brief is due May 30, 2020.

     It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                        Acting individually


Date:  May 5, 2020